**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JARROD L. HENSON, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | CIVIL NO. 07-cv-770-GPM |
| vs. | ) | |
| | ) | CRIMINAL NO. 06-cr-40030 |
| UNITED STATES of AMERICA , | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255. On July 21, 2006, Petitioner pleaded guilty to conspiracy to manufacture more than 50 grams of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A). On October 23, 2006, Petitioner was sentenced to 218 months imprisonment, 10 years supervised release, a fine of $750, and a special assessment of $100. On October 31, 2007, Petitioner filed the instant motion under § 2255.

In his motion the Petitioner raises two grounds for relief: (1) ineffective assistance of counsel because counsel allegedly failed to investigate Petitioner's claim of mental deficiency; and (2) ineffective assistance of counsel in advising Petitioner to "unknowingly" accept responsibility for a quantity of methamphetamine that Petitioner asserts was impossible to have produced from the precursor chemicals he supplied.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach

all relevant portions of the record.

**IT IS SO ORDERED.**

DATED: 11/24/08

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge